**1460 BOARD OF EDUCATION (Muskegon) vs. EYKE (City Treas.), No. 12694.**

To compel payment over of amount of delinquent school taxes.

Granted April 20, 1892, without costs.

The answer set up that respondent had been unable to collect taxes, among which were the school taxes, and that he had returned such to the county treasurer as delinquent. Relator insisted that under Sections 41-43 of Act No. 200, Public Acts of 1891, the school tax should be paid over in full, out of moneys collected, irrespective of delinquent taxes.

**1461 BOARD OF EDUCATION (Detroit) vs. COUNTY TREASURER (Wayne), 8 M., 392.**

To compel the payment over of moneys received from fines and recognizances.

Granted June 9, 1860.

The question raised was whether the amounts paid in were liable to deductions for expenses, either attending the collection of the sums paid in, or embracing the general criminal expenses of the county, and the court held that they were not.

Held, further, that at the hearing the party showing cause is entitled to open and close the argument.

Note.—The Old Rule No. 34 provided for but one argument on each side. The New Rule No. 27 provides that only one counsel shall be heard on a side.

**1462 AUDITOR GENERAL vs. VAN TASSEL (County Treasurer, Tuscola), 73 M., 28.**

To compel respondent to pay over certain state taxes collected by him.

Granted November 28, 1888.

The county claimed the right to set off amounts alleged to be due from the State.